# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

MATTHEW BENHAM,

    Plaintiff,

v.     No. 2:20-cv-02309-MSN

MATTHEWS AND ASSOCIATES LLC,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed April 26, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal With Prejudice (ECF No. 17), filed July 14, 2020, all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

July 14, 2020
Date